DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
SAMANTHA P. GOODMAN (CA SBN 197921)
SGoodman@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth St., Suite 3500
Los Angeles, California  90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
CELLCO PARTNERSHIP dba VERIZON
WIRELESS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA GASPAR and DARRIN WILLARD, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON COMMUNICATIONS, INC., VODAPHONE GROUP PLC and DOES 1-100,<br><br>Defendants. | Case No. CV10-2139-SJO(ANx)<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint Filed: March 24, 2010 |

NOTICE OF RELATED CASE
la-1071319

1

Pursuant to Local Rule 83-1.3.1, Defendant Cellco Partnership dba Verizon Wireless, through undersigned counsel, hereby submits this Notice of Related Case.

The following pending action is related because it "arise[s] from the same or a closely related transaction, happening or event" as this action and "call[s] for a determination of the same or substantially related or similar questions of law and fact" as does this action: *Angela Gaspar and Darrin Willard v. AT&T Mobility, LLC, AT&T Inc.*, Case Number CV10-2136-DSF(SSx), filed on March 24, 2010 in the United States District Court for the Central District of California (the "AT&T Action").

The plaintiffs in this action are the same plaintiffs as those in the AT&T Action. Both proposed class action lawsuits were filed on the same date and allege the same three causes of action based on the same alleged facts. Specifically, both actions allege that written contracts for wireless voice and data communications services that include non-proration provisions (i.e., that provide that monthly service fees are not prorated and thus customers who cancel service before the end of their monthly billing cycle do not receive a partial refund) constitute a violation of the California Consumer Legal Remedies Act and California's Unfair Competition Law (Business & Professions Code section 17200), and unjust enrichment.

The complaints in the two actions are virtually identical – the only variations are the specific paragraphs that identify the defendants (Paragraphs 3 and 24-27 in this action and Paragraphs 3 and 24-26 in the AT&T Action); the paragraphs that specify the dates the plaintiffs made their purchases from each of the defendants (Paragraphs 22 and 23 in both complaints); and the paragraphs quoting the slightly different contract language used by the defendants (Paragraph 36 in this action and Paragraph 34 in the AT&T Action). Indeed, one plaintiff alleges that she cancelled her contract with AT&T and signed a contract with Verizon Wireless, and the other alleges that he signed a contract with AT&T and then cancelled his contract with

1 | Verizon Wireless. Thus, both actions call for a determination of substantially
2 | identical questions of law and fact and would entail substantial duplication of labor
3 | if heard by different judges. Under these circumstances, the case pending before
4 | this Court qualifies for a related case transfer.

Dated:   April 9, 2010

DAN MARMALEFSKY
SAMANTHA P. GOODMAN
MORRISON & FOERSTER LLP

By: /s/ Dan Marmalefsky
Dan Marmalefsky

Attorneys for Defendant
CELLCO PARTNERSHIP dba
VERIZON WIRELESS

NOTICE OF RELATED CASE
la-1071319

3